

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL ACTION NO. 3:05cv127/LAC/MD |
| | ) | 3:03cr135/LAC |
| v. | ) | |
| KIMBERLY DUKES FORD | ) | |
| Movant. | ) | |

### REQUEST TO APPEAR *PRO HAC VICE* WITHOUT LOCAL COUNSEL

Kimberly Ford has retained the undersigned attorney to represent her in filing a motion pursuant to 28 U.S.C. § 2255. The undersigned counsel, however, is not a member of the Florida State Bar, and therefore is not a member of this court.

Furthermore, the undersigned counsel is quite familiar with the procedures associated with a §2255 motion. The undersigned counsel was an Assistant Federal Public Defender for over seven years and also has represented numerous defendants in federal court since engaging in private practice for the last five years.

The undersigned counsel is a member in good standing of the Texas Bar, and has never been charged with any disciplinary violations. The undersigned counsel is admitted to practice in all the federal districts of Texas, and is admitted to practice before the Fifth Circuit Court of Appeals. *See attached certificate of good standing.* Also enclosed is the $170.00 fee to the clerk of court for filing.

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FLA.

05 APR 12 AM 9: 49

FILED

R# 300 111766
$170.00

1

Pursuant to Local Rule 11.1, the undersigned counsel has familiarized himself with the Local Rules of the Northern District of Florida and has successfully completed the computer-based tutorial on these rules.

Based on the fulfillment of the requirements of Local Rule 11.1(c)(2) pertaining to *pro hac vice* appearances, the undersigned counsel requests permission to appear on this case.

Respectfully submitted,

Franklyn Mickelsen
Texas State Bar No. 14011020
Broden & Mickelsen
2707 Hibernia Street
Dallas, Texas 75204
214-720-9552
214-720-9594 (facsimile)

Attorney for Kimberly Ford

## CERTIFICATE OF SERVICE

I, Franklyn Mickelsen, certify that on April 11, 2005 I caused the foregoing document to be served by first class mail, postage prepaid, on the United States Attorney's Office for the Northern District of Florida, Pensacola Division.

Franklyn Mickelsen

# STATE BAR OF TEXAS



*Office of The Chief Disciplinary Counsel*

April 5, 2005

Re: **FRANKLYN MICKELSEN JR.;**
**State Bar Number- 14011020**

To Whom It May Concern:

This is to certify that FRANKLYN MICKELSEN JR. was licensed to practice law in Texas on November 2, 1990 and is an active member in good standing with the State Bar of Texas.

"Good standing" means that the attorney is current on payment of Bar dues and attorney occupation tax; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension.

No disciplinary action involving professional misconduct has been taken against the attorney's law license. This certification expires 30 days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

Dawn Miller
Chief Disciplinary Counsel

DM/sg



*P.O. Box 12487, Capitol Station, Austin, Texas 78711-2487, (512)463-1463*

**Subject:** [Attorney Admission] Franklyn Mickelsen
**Date:** Monday, April 11, 2005 3:58 PM
**From:** FLND Admissions <flnd_ecfreg@flnd.uscourts.gov>
**To:** <flnd_ecfreg@flnd.uscourts.gov>
**Cc:** <mick@texascrimlaw.com>

Congratulations on your successful completion of the Local Rules Tutorial for the Northern District of Florida.

Your Confirmation Number is **05101-MF-912ED0E9**.

Please verify that the information shown below is correct. If you find any errors, please report them immediately by replying to this email or calling the Clerk's Office at (850) 769-4556.

- First Name: Franklyn
- Last Name: Mickelsen
- Bar State: TX
- Bar Number: 14011020
- Email Address: mick@texascrimlaw.com
- Phone Number: 214 720-9552

You have successfully completed the tutorial, and should immediately submit your petition and fee for admission to the court for processing. The petition and other information regarding attorney admission is available on the court's website at www.flnd.uscourts.gov <http:\\www.flnd.uscourts.gov> .

Upon receipt of your Certificate of Admission from the court, you should register <http://www.flnd.uscourts.gov/attorneys/CMECF/cmecfReg.cfm> for a Case Management/Electronic Case Filing (CM/ECF) login and password. To learn more about CM/ECF, please visit our website at www.flnd.uscourts.gov <http:\\www.flnd.uscourts.gov> .