## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

Case Nos:  3:03cr135 & 3:05cv127/LAC/MD

v.                                        3:04cr11 & 3:05cv129/LAC/MD

**KIMBERLY DUKES FORD**

_____/

## MOTION FOR EXTENSION OF TIME
## TO FILE RESPONSE

COMES NOW the United States of America by and through the undersigned Assistant United States Attorney and files this motion requesting a three day of time for the government to file its response to the § 2255 motion filed by the defendant making the government's response due on or before June 15, 2005, and as grounds would state:

1.  Defendant Kimberly Dukes Ford has filed a motion pursuant to Title 28, United States Code, Section 2255, seeking to vacate, set aside or correct a sentence she is currently serving.  Case No. 3:03cr135, Doc #31 and 3:04cr11, Doc #15.

2.  On April 26, 2005, this Court ordered the government to respond to the motion within 45 days, making the government's response due on or before June 10, 2005.  Case No. 3:03cr135, Doc #34 and 3:04cr11, Doc #18.

3.     A review a the defendant's § 2255 motion reflects that defendant in many instances has referenced "(Sentencing Hearing at ..)", indicating there must have been a Sentencing Transcript produced. Upon viewing the case docket sheet, there is no mention of any such transcript being requested nor one filed.

4.     On Tuesday, June 7, 2005, the undersigned contacted the office of defendant's counsel, to inquire if such a transcript existed and was informed that indeed one did exist. A copy of the transcript was supplied to this office via facsimile by defendant's counsel. The undersigned then contacted the court reporter's office, Wierzbicki & Stephenson Court Reporting Service, to inquire if an transcript had been requested and filed with the Court and was informed that Wierzbicki & Stephenson Court Reporting Service would check into this matter and would inform this office of the results. As of this date, Wiezbicki & Stevenson Court Reporting Service has not contacted this office with their inquiry results. Before the government cites to the contents of any transcript it wants to ensure that it is quoting from an official transcript duly filed.

The undersigned has attempted to contact counsel for defendant Ford to ascertain his position on the government's motion without success.

WHEREFORE the government respectfully moves this Court grant it a three day extension of time to June 15, 2005, to file its response to defendant's § 2255 motion.

RESPECTFULLY SUBMITTED this 10th day of June 2005, at Pensacola , Florida.

>GREGORY R. MILLER
>United States Attorney
>
>  S/ *Randall J. Hensel*
>RANDALL J. HENSEL
>Assistant U.S. Attorney
>21 East Garden Street, Suite 400
>Pensacola, FL  32502-5675
>Phone:  (850)444-4000

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been provided by U.S. Mail to Franklyn Mickelsen, attorney for Defendant Ford, at Broden & Mickelsen, 2707 Hibernia Street, Dallas, Texas 75204, this 10th day of June 2005.

>  S/ *Randall J. Hensel*
>RANDALL J. HENSEL
>Assistant United States Attorney