**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                     CASE NO.  3:03cr135 LAC and
                                                  3:05cv127 LAC/MD

KIMBERLY DUKES FORD

**REFERRAL AND ORDER**

Referred to Magistrate Judge Davis on <u>June 13, 2005</u>
Type of Motion/Pleading: <u>MOTION FOR EXTENSION OF TIME TO FILE RESPONSE</u>
<u>(UNTIL JUNE 15, 2005)</u>
Filed by: <u>PLAINTIFF</u> on <u>6/10/05</u> Document <u>35</u>
( )  Stipulated/Consented/Joint Pleading
RESPONSES:

on _____ Doc.# _____
on _____ Doc.# _____
WILLIAM M. McCOOL, CLERK OF COURT

<u>/s/ Lynn C. Uhl</u>
Deputy Clerk: Lynn Uhl

**ORDER**

Upon consideration of the foregoing, it is ORDERED this 13th day of June, 2005, that:

(a)  The requested relief is GRANTED.

(b)  _____

/s/ *Miles Davis*

MILES DAVIS
UNITED STATES MAGISTRATE JUDGE

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.