IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

vs.                          3:03cr135/LAC & 3:04cr11/LAC
                                   3:05cv127/LAC/MD & 3:05cv129/LAC/MD

**KIMBERLY DUKES FORD**

_____

**ORDER**

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on August 18, 2005, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is ORDERED:

The motions to vacate, set aside, or correct sentence (case number 3:03cr135, doc. 31; case no. 3:04cr11, doc. 15) are DENIED.

DONE AND ORDERED this 6th day of September, 2005.

                                         _s/L.A. Collier_
                                         **LACEY A. COLLIER**
                                         **SENIOR UNITED STATES DISTRICT JUDGE**