UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS                                                        CASE NO.  3:03cr135/LAC
                                    3:05cv127/LAC/MD

KIMBERLY DUKES FORD

**JUDGMENT**

Pursuant to and at the direction of the Court, it is

ORDERED AND ADJUDGED that the defendant take nothing and that the motion to vacate, set aside, or correct sentence in DENIED.

WILLIAM M. McCOOL, CLERK OF COURT

 September 6, 2005                  /s/ C. Justice
DATE                                Deputy Clerk

Entered On Docket: _____ By: _____
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies mailed to: _____

Document No.