# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

vs                                          CASE NOS: 3:03cr135-001
                                                                  3:04cr11-001

KIMBERLY DUKES FORD,
    Defendant.
_____/

## ORDER REDUCING SENTENCES

Defendant's sentence of confinement in Case No. 3:03cr135-001 is hereby reduced from 231 months to 140 months and in Case No. 3:04cr11-001 from 225 months to 140 months, said terms to run concurrently, one with the other. In all other respects, the original sentence imposed on 13 April 2004 shall remain unchanged.

**ORDERED** this 2nd day of April, 2013.

                                                       *s/L.A. Collier*
                                                     LACEY A. COLLIER
                                       Senior United States District Judge