# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                            CASE NO.   3:03cr135LAC
                                                                                                   3:04cr11LAC

KIMBERLY FORD

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on   May 6, 2016

Motion/Pleadings: MOTION TO TERMINATE SUPERVISED RELEASE BASED ON THE FOLLOWING FACTORS

Filed by Defendant     on   5/5/16     Doc.# 47 (in 3:13cr135LAC)
                                                                              Doc. # 32 (in 3:04cr11LAC)

RESPONSES:

                                    on                             Doc.#
                                    on                             Doc.#

____ Stipulated     ____ Joint Pldg.
____ Unopposed     ____ Consented

                                  JESSICA J. LYUBLANOVITS, CLERK OF COURT

                                  *s/Mary Maloy*

LC (1 OR 2)                     Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 6th day of May, 2016, that:*

*(a) The relief requested is* ***DENIED.***

*(b) The Court will not consider early termination unless and until the motion comes from the supervising probation officer*

                                                          *s/L.A. Collier*
                                                   ***LACEY A. COLLIER***
                                    *Senior United States District Judge*

```
Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____
               _____
               _____
```

Document No.