04Probation Form No. 35                                                Report and Order Terminating Probation
(5/00)                                                          or Supervised Release
                                                                       Before Original Expiration Date

## United States District Court
### for the
### Northern District of Florida
### Pensacola Division

United States of America

    versus                                                       Criminal Case: 3:03CR00135-001
                                                                           3:04CR00011-001

Kimberly Dukes Ford

       On April 13, 2004, this defendant was placed on supervision for five years. The defendant has complied with the court's restrictions and no longer needs supervision. I recommend that this person be discharged from supervised release.

                                                    Respectfully submitted,

                                                    Katrice Baisey-Galloway
                                                    United States Probation Officer

### Order of Discharge

       On the probation officer's recommendation, the defendant is discharged from supervised release, and these proceedings are terminated.

Signed __18 October__, 20 __16__, at Pensacola, Florida

                                                 The Honorable Lacey A. Collier, Senior
                                                United States District Judge

Rec'd1019'16USDcFln3PM0202